IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VIASYSTEMS, INC.,** | : | CIVIL ACTION NO. 1:06-CV-1819 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **WILLIAM WONG,** | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 12th day of July, 2007, upon consideration of plaintiff's motion to stay discovery (Doc. 28), and it appearing that the parties have agreed in principle to settle the above-captioned case but need time to implement that settlement (see id. ¶¶ 1-2), it is hereby ORDERED that:

1. The motion to stay discovery (Doc. 28) is GRANTED.

2. The pretrial and trial schedule in the above-captioned case is STAYED.

3. Counsel for plaintiff shall file periodic status reports advising the court of the status of the parties' settlement efforts. The first such report shall be due on or before September 1, 2007, and subsequent reports shall be due every thirty days thereafter.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge